## FORD v. PEACHES ENTERTAINMENT CORP.

No. 663P86.

Case below: 83 N.C. App. 155.

Petition by plaintiffs for discretionary review pursuant to G.S. 7A-31 denied 6 January 1987.

## GRACE BAPTIST CHURCH v. CITY OF OXFORD

No. 456A86.

Case below: 81 N.C. App. 678.

Petition by plaintiffs for discretionary review pursuant to G.S. 7A-31 allowed 6 January 1987. Motion by defendants to dismiss appeal for lack of substantial constitutional question denied 6 January 1987.

## HOLIDAY v. CUTCHIN

No. 610P86.

Case below: 82 N.C. App. 660.

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 6 January 1987.

## HOWELL v. WATERS

No. 536P86.

Case below: 82 N.C. App. 481.

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 6 January 1987.

## IN RE APPEAL OF DUKE POWER CO.

No. 582P86.

Case below: 82 N.C. App. 492.

Petition by Guilford County for discretionary review pursuant to G.S. 7A-31 denied 6 January 1987.